UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTAL MICHELLE MITCHELL,

Plaintiff,

vs.

Civil Action No.:
1:26-CV-07401-RFT

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
-----------------------------------------------------------X

**ORDER**

AND, NOW, this 18th day of November, 2026, upon consideration of Plaintiff's Motion for an extension of time to file her brief,

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's brief is due January 4, 2027. Defendant's brief is due March 5, 2027. Plaintiff's reply, if any, is due March 19, 2027.

The Clerk of Court is respectfully requested to terminate ECF 9.

~~Entered~~: ______________ ______________________________

Dated: November 18, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE